Versión para imprimir



EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2012 TSPR 25 |
|---|---|
| Establecimiento de las Salas de Despacho, según lo dispuesto en la Regla 4 del Reglamento del Tribunal Supremo | 184 DPR ____ |

Número del Caso: ER-2012-02

Fecha: 6 de febrero de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Establecimiento de las Salas de       ER-2012-02
Despacho, según lo dispuesto en
la Regla 4 del Reglamento del
Tribunal Supremo

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de febrero de 2012.

El pasado mes de noviembre adoptamos un nuevo Reglamento que regirá los procesos en este Tribunal por los próximos años. In re Reglamento Tribunal Supremo, res. el 22 de noviembre de 2011, 2011 T.S.P.R. 174, 2011 J.T.S. 179, 183 D.P.R. __ (2011). En lo que nos concierne, la Regla 4 de ese Reglamento, íd., establece:

> (b)   Funcionamiento en salas
>
> El Tribunal podrá organizarse en una o más salas para el despacho de cualquier asunto, excepto aquellos para los cuales la Constitución dispone un número mínimo de Jueces y Juezas. La sala o las salas de despacho no podrán tener menos de tres (3) Jueces o Juezas. Presidirá cada sala el Juez o la Jueza de mayor antigüedad en el Tribunal que forme parte de ésta. Cuando el Juez Presidente o la Jueza Presidenta forme parte de una sala, él o ella la presidirá. El Tribunal designará, mediante resolución, a los Jueces o las Juezas que

integrarán las salas de despacho.

Los Jueces o las Juezas integrantes de una sala deberán intervenir en el despacho y la decisión de los asuntos sometidos ante ésta. Las resoluciones de sala se identificarán como originadas en la sala que las emite, haciéndose constar los Jueces o las Juezas que la componen. Para recomendar la expedición de un auto se requerirán los votos de por lo menos la mitad de los Jueces o las Juezas que intervengan. Cuando una sala determine que un auto debe ser expedido, lo referirá al Pleno del Tribunal. El Pleno del Tribunal determinará finalmente si expide el auto en los recursos que le hayan sido referidos.

El Juez Presidente o la Jueza Presidenta deberá formar parte de cualquier sala de despacho para resolver un empate. Cuando por alguna circunstancia el Juez Presidente o la Jueza Presidenta no pueda intervenir para resolver un empate, designará a otro Juez u otra Jueza que no forme parte de la sala en que surgió el empate, en orden sucesivo de antigüedad, para actuar en su lugar. Cuando un miembro de la sala no pueda intervenir en la decisión de algún asunto, el Juez Presidente o la Jueza Presidenta designará a otro Juez u otra Jueza para constituir la sala. Esta designación se hará por orden invertido de antigüedad, comenzando con el Juez o la Jueza de menor antigüedad que no forme parte de la sala del Juez sustituido o la Jueza sustituida, hasta el Juez o la Jueza de mayor antigüedad que no forme parte de la sala, y así consecutivamente. Si la persona sustituida fuese quien preside dicha sala, el Juez o la Jueza de mayor antigüedad entre quienes forman parte de la sala así constituida actuará como presidente o presidenta para la consideración del asunto.

Cuando se presente una moción de reconsideración de una decisión emitida por una sala, ésta será resuelta por una sala distinta a la que haya emitido la decisión, excepto cuando la composición de la sala haya sido alterada. En ese caso, la moción podrá ser considerada por cualquier sala o por el Tribunal en Pleno. Si se presenta una moción de reconsideración subsiguiente, ésta será resuelta por una sala distinta a la que haya emitido la decisión y a la que haya resuelto la primera moción de reconsideración. Las mociones

> de reconsideración de una decisión emitida por
> el Pleno del Tribunal serán resueltas por éste.

(Escolios omitidos.)

Es tiempo de que le impregnemos efectividad a esta disposición. Como se recordará, en In re Solicitud Aumentar Núm. Jueces TS, 180 D.P.R. 54 (2010), le solicitamos a la Asamblea Legislativa que aumentara mediante legislación la composición de este Foro para añadirle dos nuevos integrantes. En aquella ocasión señalamos:

> Actualmente, cada uno de los siete jueces presenta cinco casos al pleno, para un total de 35 recursos semanales. Con un funcionamiento de tres salas compuesta por tres jueces cada una, sin más, estaríamos en posición de atender 45 recursos semanales entre las tres salas. Además, la calidad en la revisión aumentará ya que cada juez tendrá que examinar un total de 15 recursos en vez de 35. Esto se debe a que cada sala atendería 15 recursos semanales en vez de los 35 que atiende actualmente el pleno. A corto plazo, ya que la carga semanal de cada juez se reducirá considerablemente, sería posible aumentar temporeramente la asignación de casos de cinco a siete por juez, lo que aumentaría la producción semanal de 35 a 63 recursos. Al tomar esa medida, cada sala atenderá 21 recursos semanales. Esto es, con esa medida temporera estaríamos duplicando la producción semanal de este Tribunal. Eso nos permitiría eliminar en un plazo breve el atraso existente en la consideración de recursos, para expedir o denegar el auto.

Íd., pág. 70.

La Asamblea Legislativa accedió a la solicitud de este Tribunal, al aprobar la Ley Núm. 169-2010, mediante la cual se enmendó el Art. 3.001 de la Ley Núm. 201-2003, conocida como la Ley de la Judicatura de Puerto Rico de 2003, 4 L.P.R.A. sec. 24r. Este Tribunal tiene una preocupación genuina por la demora que enfrenta en su calendario. Por ello, completada la integración de los Jueces adicionados a este Tribunal y tras entrar en vigor nuestro nuevo Reglamento, estamos en condiciones para organizarnos en salas de despacho de tres Jueces para atender con más agilidad y eficiencia los recursos que se nos presenten. Así, en virtud de la Regla 4 de nuestro Reglamento, supra, se componen las siguientes salas de despacho para atender los recursos discrecionales que se presenten:

Primera Sala compuesta por:

Hon. Federico Hernández Denton, Presidente
Hon. Rafael L. Martínez Torres
Hon. Edgardo Rivera García

Segunda Sala compuesta por:

Hon. Liana Fiol Matta, Presidenta
Hon. Mildred Pabón Charneco
Hon. Roberto Feliberti Cintrón

Tercera Sala compuesta por:

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

Los miembros de las tres salas de despacho tendrán el deber de reunirse una vez en semana en el lugar y a la hora que cada sala disponga. Véase, Regla 6(d), supra. Sin embargo, las reuniones de las salas no deberán confligir con la reunión que celebrará el Pleno de este Tribunal el último viernes de cada mes. Además, mientras el número de recursos pendientes lo permita, cada Juez y Jueza tendrá la obligación de informar siete recursos nuevos en cada reunión de las salas de despacho, para un total de 21 casos por sala. Véase, Regla 6(a), supra. El Juez Presidente asignará a cada sala los casos que estas atenderán.

El Tribunal en Pleno se reunirá el último viernes de cada mes, comenzando a las 9:30 a.m., según se dispone en la Regla 6(a) de nuestro Reglamento, supra. En esa reunión del Pleno se discutirán las recomendaciones que hagan las salas de despacho para expedir los recursos que tienen ante su consideración, así como cualquier asunto referido al Pleno según se dispone en la Regla 6, íd., o por acuerdo del Tribunal. El Juez o la Jueza que informó un caso en su sala y prevaleció en su recomendación de expedir, será quien lo informe en el Pleno. Por el contrario, si un Juez o una Jueza recomienda no expedir y queda en minoría, el caso lo informará uno de los dos Jueces o Juezas que recomendaron expedir.

Asimismo, cuando algún Juez o alguna Jueza no intervenga en un recurso de la sala a la cual pertenece, se seguirá el proceso que se estipula en la Regla 4 del Tribunal, supra. La regla citada también regula el proceso de las mociones de reconsideración de una decisión emitida por las Salas de Despacho. Íd.

Por su parte, las mociones en auxilio de jurisdicción se tramitarán de acuerdo al proceso contemplado en la Regla 28 de nuestro Reglamento, supra. En específico, la Regla 28, supra, dispone que será el Tribunal en Pleno el que determinará si se expide la orden provisional en auxilio de jurisdicción. De igual forma, el Tribunal en Pleno atenderá los procesos disciplinarios contra abogados o notarios, tal como se dispone en las Reglas 14 y 15 del Reglamento, supra. Las mociones en auxilio de jurisdicción se asignarán a los Jueces y Juezas para su atención en el orden estricto de antigüedad. Todo otro asunto, incluyendo las mociones de reconsideración de las decisiones del Tribunal en Pleno y las mociones de reinstalación de abogadas y abogados, se asignará de la misma forma, mediante un listado por separado. Lo mismo se hará con cualquier otro asunto que por ley o reglamento requiera la atención del Tribunal en Pleno, o cuando el Tribunal así lo acuerde.

El funcionamiento en salas que aquí se promulga estará vigente durante el término en que el Tribunal sesione, según contemplado en la Regla 4(d), supra. Así pues, este funcionamiento en salas continuará durante cada término de sesiones y hasta que el Tribunal disponga otra cosa. En cambio, durante el periodo de receso el Tribunal determinará el número de salas y los Jueces o Juezas que las integrarán.

Esta Resolución entrará en vigor el lunes, 13 de febrero de 2011.

Publíquese.

Lo acordó y ordena el Tribunal, y lo certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Fiol Matta hace constar que: "Se reafirma en su posición respecto a la atención de recursos en salas de despacho, expresada en el Voto particular disidente que emitió cuando se certificó el nuevo Reglamento de este Tribunal, en noviembre de 2011. No obstante, no tiene objeción alguna a la composición de las salas dispuesta en esta Resolución". La Juez Asociada señora Rodríguez Rodríguez hace constar que: "Se reitera en sus expresiones en In re Reglamento del Tribunal Supremo de Puerto Rico, 2011 T.S.P.R. 174".

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo